**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MICHELLE CHRISTIAN | ) | |
| | ) | CIVIL ACTION |
| Plaintiff, | ) | |
| | ) | CASE NO.: 24-1319 |
| v. | ) | |
| | ) | |
| OMNIS GLOBAL TECHNOLOGIES, LLC | ) | |
| and | ) | |
| OMNIS BUILDING TECHNOLOGIES, LLC | ) | |
| and | ) | |
| OBT BLUEFIELD, LLC | ) | |
| and | ) | |
| OMNIS FUEL TECHNOLOGIES LLC | ) | |
| d/b/a OMNIGEN | ) | |
| and | ) | |
| OMNIS SUBLIMATION RECOVERY | ) | |
| TECHNOLOGIES, LLC | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Kindly enter my appearance on behalf of Plaintiff in the above-referenced matter.

Respectfully submitted,

**KARPF, KARPF & CERUTTI, P.C.**

***/s/ Christine E. Burke***
Christine E. Burke, Esq.

Dated: March 28, 2024