**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MICHELLE CHRISTIAN<br><br>Plaintiff,<br><br>v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; AND OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC<br><br>Defendants. | Civil Action No. 2:24-cv-01319 |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Defendants Omnis Global Technologies, LLC, Omnis Building Technologies, LLC, OBT Bluefield, LLC, Omnis Fuel Technologies LLC D/B/A Omnigen; and Omnis Sublimation Recovery Technologies, LLC, in the above-referenced matter.

Dated: April 2, 2024

Respectfully submitted,

*/s/ Matthew J. Hank*

Matthew J. Hank, Bar No. 86086
mhank@littler.com

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102.1321
Telephone: 267.402.3000
Facsimile: 267.402.3131

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I, Matthew J. Hank, hereby certify that on the 2nd day of April, 2024, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

*/s/ Matthew J. Hank*
Matthew J. Hank

4875-5838-8146.1 / 122605-1001