IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>      Plaintiff,<br><br>      v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; AND OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC,<br><br>      Defendants. | Civil Action No. 2:24-cv-01319 |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Omnis Global Technologies, LLC, Omnis Building Technologies, LLC, OBT Bluefield, LLC, Omnis Fuel Technologies, LLC D/B/A Omnigen, and Omnis Sublimation Recovery Technologies, LLC ("Defendants") certify the following:

None of the Defendants are publicly traded companies. Hodson Investments, LLC is the parent company of Omnis Global Technologies, LLC. Omnis Global Technologies, LLC, is the parent company of Omnis Sublimation Recovery Technologies, LLC, Omnis Fuel Technologies, LLC, and Omnis Building Technologies, LLC. Omnis Building Technologies, LLC is the parent company of OBT Bluefield, LLC. No publicly held corporation owns 10% or more of any of the Defendants' stock.

Dated: May 20, 2024                                      Respectfully submitted,

*/s/ Matthew J. Hank*
Matthew J. Hank, Bar No. 86086
mhank@littler.com
Alexa J. Laborda Nelson, Bar No. 314652
alabordanelson@littler.com
Haley R. Norwillo, Bar No. 333731
hnorwillo@littler.com

LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:    267.402.3000
Facsimile:    267.402.3131

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I certify that on this 20th day of May, 2024, a copy of the Defendants' Corporate Disclosure Statement was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Ari R. Karpf, Esq.
Christine E. Burke, Esq.
KARPF, KARPF & CERUTTI, P.C.
3331 Street Rd.
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801
akarpf@karpf-law.com
cburke@karpf-law.com

*Counsel for Plaintiff*

/s/ Haley R. Norwillo
Haley R. Norwillo