IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>            Plaintiff,<br><br>      v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; AND OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC,<br><br>            Defendants. | Civil Action No. 2:24-cv-01319 |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

For the reasons set forth in the accompanying Brief, which is incorporated herein by reference, Defendants Omnis Global Technologies, LLC, Omnis Building Technologies, LLC, OBT Bluefield, LLC, Omnis Fuel Technologies LLC D/B/A Omnigen, and Omnis Sublimation Recovery Technologies, LLC move to dismiss Plaintiff Michelle Christian's ("Ms. Christian") Complaint under Federal Rules of Civil Procedure 12(b)(6) and 12(b)(3).

Dated: May 28, 2024

Respectfully submitted,

*/s/ Matthew J. Hank*
Matthew J. Hank, Bar No. 86086
mhank@littler.com
Alexa J. Laborda Nelson, Bar No. 314652
alabordanelson@littler.com
Haley R. Norwillo, Bar No. 333731
hnorwillo@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:   267.402.3000
Facsimile:     267.402.3131

Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of May 2024, a copy of the Defendants' Motion to Dismiss the Complaint was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Ari R. Karpf, Esq.
Christine E. Burke, Esq.
KARPF, KARPF & CERUTTI, P.C.
3331 Street Rd.
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801

akarpf@karpf-law.com
cburke@karpf-law.com

*Counsel for Plaintiff*


/s/ Matthew J. Hank
Matthew J. Hank