IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; AND OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC,<br><br>　　　　Defendants. | Civil Action No. 2:24-cv-01319 |

## **CERTIFICATION**

Pursuant to the Honorable Mia Roberts Perez's Policies and Procedures, I, Alexa J. Laborda Nelson, hereby certify that I met and conferred with Plaintiff's counsel, Christine Burke, about the bases for this Motion to Dismiss. We did not agree on the pleading deficiencies or striking the False Claims Act claim.

May 28, 2024　　　　　　　　　　　　　　　　　　*/s/ Alexa J. Laborda Nelson*
　　　　　　　　　　　　　　　　　　　　　　　　Alexa J. Laborda Nelson