## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>    Plaintiff,<br><br>v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; AND OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC,<br><br>    Defendants. | Civil Action No. 2:24-cv-01319 |

### PROPOSED ORDER

**AND NOW**, this \_\_\_\_ day of _____, 2024, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint, and any opposition thereto, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED** and the Complaint is dismissed.

BY THE COURT:

_____

J. PEREZ