**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELLE CHRISTIAN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| **v.** | : | |
| **OMNIS GLOBAL TECHNOLOGIES, LLC, et al.,** | : | **NO. 24-1319** |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 26th day of June, 2024, upon consideration of Plaintiff's Motion for Leave to File a Surreply Brief in further Response to Defendants' Motion to Dismiss (ECF 16), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall file ECF 16-1 as Plaintiff's Surreply in Support of its Response to Defendants' Motion to Dismiss.

BY THE COURT:

Hon. Mia R. Perez