IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>         Plaintiff,<br><br>    v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; AND OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC,<br><br>         Defendants. | Civil Action No. 2:24-cv-01319 |

**PRAECIPE FOR WITHDRAWAL OF DEFENDANTS' PENDING MOTION TO TRANSFER VENUE AND SUBSECTION D OF DEFENDANTS' PENDING MOTION TO DISMISS THE COMPLAINT**

In the interest of moving this case along, Defendants Omnis Global Technologies, LLC, Omnis Building Technologies, LLC, OBT Bluefield, LLC, Omnis Fuel Technologies, LLC, and Omnis Sublimation Recovery Technologies, LLC (collectively "Defendants") respectfully withdraw their pending Motion to Transfer Venue to the United States District Court for the Northern District of West Virginia and subsection (D) of their pending Motion to Dismiss the Complaint. Defense counsel has conferred with Plaintiff's counsel regarding the same. Plaintiff's counsel does not oppose the withdrawal the Motion or of subsection (D), but reserves the right to seek fees and costs expended to respond to it. Defendants reserve the right to respond to such a motion if it is filed.

| | |
|---|---|
| Dated: October 15, 2024 | Respectfully submitted, |
| | */s/ Matthew J. Hank* |
| | Matthew J. Hank, Bar No. 86086 |
| | mhank@littler.com |
| | Alexa J. Laborda Nelson, Bar No. 314652 |
| | alabordanelson@littler.com |
| | Haley R. Norwillo, Bar No. 333731 |
| | hnorwillo@littler.com |
| | |
| | LITTLER MENDELSON, P.C. |
| | Three Parkway |
| | 1601 Cherry Street, Suite 1400 |
| | Philadelphia, PA  19102.1321 |
| | Telephone:    267.402.3000 |
| | Facsimile:     267.402.3131 |
| | |
| | Attorneys for Defendants |

## **CERTIFICATE OF SERVICE**

I certify that on this 15th day of October 2024, a copy of the Defendants' Praecipe for Withdrawal was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Ari R. Karpf, Esq.
Christine E. Burke, Esq.
KARPF, KARPF & CERUTTI, P.C.
3331 Street Rd.
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801

akarpf@karpf-law.com
cburke@karpf-law.com

*Counsel for Ms. Christian*

/s/ Matthew J. Hank
Matthew J. Hank