**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **MICHELLE CHRISTIAN,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| **v.** | : | |
| | : | |
| **OMNIS GLOBAL TECHNOLOGIES,** | : | **NO. 24-1319** |
| **LLC, et al.,** | : | |
| | : | |
| Defendants. | : | |

## <u>ORDER</u>

**AND NOW,** this 16th day of October, 2024, upon consideration of Defendants' Praecipe to Withdraw the Motion to Transfer Venue and Subsection D of the Motion to Dismiss (ECF 19), which will be treated as a Motion, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____
Hon. Mia R. Perez