IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; AND OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC,<br><br>　　　　Defendants. | Civil Action No. 2:24-cv-01319 |

## STIPULATION AND ORDER TO WITHDRAW COUNTERCLAIM, FILE AMENDED COMPLAINT, AND ANSWER OR OTHERWISE MOVE

Plaintiff Michelle Christian ("Plaintiff") and Defendants Omnis Global Technologies, LLC; Omnis Building Technologies, LLC; OBT Bluefield, LLC; Omnis Fuel Technologies, LLC D/B/A Omnigen; and Omnis Sublimation Recovery Technologies, LLC (collectively, "Defendants") hereby state the following:

　　1.　　Plaintiff filed a Complaint on March 28, 2024 (ECF No. 1);

　　2.　　Defendants filed a Motion to Dismiss on May 28, 2024 (ECF No. 10);

　　3.　　Defendants filed a Counterclaim on October 15, 2024 (ECF No. 20);

　　4.　　Pursuant to the policies and procedures of the Honorable Mia Roberts Perez, the parties met and conferred about Plaintiff's anticipated motion to dismiss Defendants' Counterclaim;

　　5.　　The parties hereby stipulate and agree:

　　　　a.　　Defendants will withdraw their Counterclaim without prejudice;

1

   b. Plaintiff will file an Amended Complaint to assert claims under the Pennsylvania Human Relations Act, and Defendants waive any arguments that such claims are not ripe;

   c. Defendants will answer or otherwise move to Plaintiff's Amended Complaint and will file a Counterclaim; and

   d. Plaintiff will respond to any newly filed Counterclaim pursuant to the Federal Rules.

**SO STIPULATED AND AGREED**:

| | |
|---|---|
| */s/ Christine E. Burke* | */s/ Matthew J. Hank* |
| Christine E. Burke, Esq.<br>Karpf, Karpf, & Cerutti, P.C.<br>3331 Street Road,<br>Two Greenwood Square, Suite 128<br>Bensalem, PA 19020<br>cburke@karpf-law.com | Matthew J. Hank, Bar No. 86086<br>mhank@littler.com<br>Alexa J. Laborda Nelson, Bar No. 314652<br>alabordanelson@littler.com<br>Haley R. Norwillo, Bar No. 333731<br>hnorwillo@littler.com |
| Attorney for Plaintiff | LITTLER MENDELSON, P.C.<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, PA  19102.1321<br>Telephone:   267.402.3000<br>Facsimile:    267.402.3131 |
| Dated: October 29, 2024 | Attorneys for Defendants |

Date: October 29, 2024

**SO ORDERED:**

_____
Hon. Mia Roberts Perez