# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE CHRISTIAN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| **OMNIS GLOBAL TECHNOLOGIES, LLC, et al.,** | : | **NO. 24-1319** |
| Defendants. | : | |

# ORDER

**AND NOW,** this 6th day of November, 2024, it is hereby **ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 10) is **DENIED** as **MOOT**.

BY THE COURT:

_____
Hon. Mia R. Perez