IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE CHRISTIAN** | : | **Civil Action** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 24-1319 |
| | : | |
| **OMNIS GLOBAL TECHNOLOGIES, LLC et al** | | |
| Defendants. | | |

**ORDER**

**AND NOW**, this 12th day of December, 2024, upon consideration of Plaintiff, Michelle Christian's letter request seeking leave to include one (1) additional opinion in the previously filed Motion to Dismiss Defendant's Counter Claim (ECF No. 31), it is hereby **ORDERED** that the request is **GRANTED**. The Clerk of Court is directed to docket Exhibit A (ECF No. 33-1) as a Notice of Supplemental Authority.

BY THE COURT:

_____
HON MIA R. PEREZ