**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| MICHELLE CHRISTIAN, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION |
| | : | |
| OMNIS GLOBAL TECHNOLOGIES, LLC, | : | NO. 2:24-cv-01319-MRP |
| et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 10th day of July, 2025, upon consideration of Defendants' Partial Motion to Dismiss (ECF No. 28), and the response thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

_____

Hon. Mia R. Perez