IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>      Plaintiff,<br><br>    v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC; AND SIMON HODSON,<br><br>      Defendants. | Civil Action No. 2:24-cv-01319 |

## **DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR PARTIAL ANSWER TO FIRST AMENDED COMPLAINT AND COUNTERCLAIM**

      For the reasons set forth in the accompanying Brief, which is incorporated herein by reference, Defendants Omnis Global Technologies, LLC, Omnis Building Technologies, LLC, OBT Bluefield, LLC, Omnis Fuel Technologies LLC D/B/A Omnigen[1], Omnis Sublimation Recovery Technologies, LLC, and Simon Hodson move to Amend their Partial Answer to Plaintiff Michelle Christian's ("Plaintiff") First Amended Complaint and Counterclaim.

---

[1] Omnis Fuel Technologies, LLC is no longer using "Omnigen." Omnis Fuel Technologies, LLC is now doing business as "Omnis Energy, LLC."

Dated: July 15, 2025                              Respectfully submitted,

*/s/ Matthew J. Hank*
Matthew J. Hank, Bar No. 86086
mhank@littler.com
Alexa J. Laborda Nelson, Bar No. 314652
alabordanelson@littler.com
Haley R. Norwillo, Bar No. 333731
hnorwillo@littler.com
LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:    267.402.3000
Facsimile:    267.402.3131
Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of July 2025, a copy of the Defendants' Motion For Leave To Amend Their Partial Answer to First Amended Complaint and Counterclaim was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Ari R. Karpf, Esq.
Christine E. Burke, Esq.
KARPF, KARPF & CERUTTI, P.C.
3331 Street Rd.
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801

akarpf@karpf-law.com
cburke@karpf-law.com

*Counsel for Plaintiff*

/s/ Matthew J. Hank
Matthew J. Hank