# EXHIBIT B

| | |
|---|---|
| **From:** | Christine Burke |
| **To:** | Norwillo, Haley |
| **Cc:** | Hank, Matthew; Laborda Nelson, Alexa; Erin McVicar |
| **Subject:** | Re: Christian_Omnis Confidentiality Agreement, Meet and Confer |
| **Date:** | Wednesday, July 9, 2025 10:45:28 AM |
| **Attachments:** | image001.png<br>image002.png<br>image003.png<br>image004.png<br>image005.png<br>image006.png |

Hi Haley -

I have not seen a shred of evidence supporting any after acquired evidence defense. It is illegal to terminate an employee for preserving evidence of a potential crime and complying with local, state or federal investigations into such crimes. You also can't claim breach of a contractual provision which is void against public policy.

Please file your Motion.

Christine

On Wed, Jul 9, 2025 at 10:27 AM Norwillo, Haley <HNorwillo@littler.com> wrote:

> Good Morning Christine,
>
> I followed up with Erin in a separate email to reschedule the meet and confer, thank you. Regarding the after-acquired evidence affirmative defense, do we have your consent to amend the answer? If we don't hear back from you on this by end of day Friday, we will begin drafting a motion. Thank you in advance for your time.
>
> Best,
>
> Haley
>
> **Haley Norwillo**
> **Attorney at Law**
> +1 267.402.3014 direct, +1 267.854.4012 mobile, +1 267.940.1871 fax
> Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321
> HNorwillo@littler.com
>
> Pronouns: She/Her
>
> 

**Labor & Employment Law Solutions**
LOCAL EVERYWHERE

**From:** Norwillo, Haley
**Sent:** Wednesday, July 2, 2025 1:01 PM
**To:** Christine Burke <cburke@karpf-law.com>
**Cc:** Hank, Matthew <MHank@littler.com>; Laborda Nelson, Alexa <ALabordaNelson@littler.com>; Erin McVicar <erin@karpf-law.com>
**Subject:** RE: Christian_Omnis Confidentiality Agreement, Meet and Confer

Good Afternoon Christine,

I hope you had a nice vacation. We are writing to inform you that we have had something come up on July 11th and can no longer meet and confer then. When you have a moment, can you please let us know your availability to meet and confer the week of the 14th?

Further, we would like to assert an after-acquired evidence affirmative defense based on the facts asserted in the Arbitration Demand. Do we have your consent to amend the answer to include this affirmative defense, or should we file a motion? Please let us know.

Best,

Haley

**Haley Norwillo**
**Attorney at Law**
+1 267.402.3014 direct, +1 267.854.4012 mobile, +1 267.940.1871 fax
Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321
HNorwillo@littler.com

Pronouns: She/Her



**From:** Norwillo, Haley
**Sent:** Friday, June 27, 2025 5:32 PM
**To:** Christine Burke <cburke@karpf-law.com>
**Cc:** Hank, Matthew <MHank@littler.com>; Laborda Nelson, Alexa <ALabordaNelson@littler.com>; Erin McVicar <erin@karpf-law.com>
**Subject:** RE: Christian_Omnis Confidentiality Agreement, Meet and Confer

Hi Christine,

Busy month indeed! I'll send an invite for 2pm on the 10th, if that doesn't work please let us know. Thank you.

Best,

Haley

**Haley Norwillo**
**Attorney at Law**
+1 267.402.3014 direct, +1 267.854.4012 mobile, +1 267.940.1871 fax
Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321
HNorwillo@littler.com

Pronouns: She/Her



**From:** Christine Burke <cburke@karpf-law.com>
**Sent:** Friday, June 27, 2025 1:51 PM
**To:** Norwillo, Haley <HNorwillo@littler.com>
**Cc:** Hank, Matthew <MHank@littler.com>; Laborda Nelson, Alexa <ALabordaNelson@littler.com>; Erin McVicar <erin@karpf-law.com>
**Subject:** Re: Christian_Omnis Confidentiality Agreement, Meet and Confer

7/10 works; any time in the afternoon as I have an in person R. 16 that morning.

(7/7 I am in an all day plaintiff's dep and 7/8 I am in person with Judge Wells all day for a settlement conf). Busy month!

On Fri, Jun 27, 2025 at 12:41 PM Norwillo, Haley <HNorwillo@littler.com> wrote:

> Hi Christine,
>
> I hope all is well. Do you have any availability for a meet and confer on July 7th, 8th, or 10th? Please let us know, and thank you in advance for your time.
>
> Best,
>
> Haley
>
> **Haley Norwillo**
> **Attorney at Law**
> +1 267.402.3014 direct, +1 267.854.4012 mobile, +1 267.940.1871 fax
> Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321
> HNorwillo@littler.com
>
> Pronouns: She/Her



**From:** Norwillo, Haley
**Sent:** Tuesday, June 24, 2025 11:11 AM
**To:** Christine Burke <cburke@karpf-law.com>
**Cc:** Hank, Matthew <MHank@littler.com>; Laborda Nelson, Alexa <ALabordaNelson@littler.com>; Erin McVicar <erin@karpf-law.com>
**Subject:** RE: Christian_Omnis Confidentiality Agreement, Meet and Confer

Good Morning Christine,

I hope all is well. I know you mentioned you were on vacation, but I'm just bringing the below inquiry to the top of your email box. Thank you.

Best,

Haley

**Haley Norwillo**
**Attorney at Law**
+1 267.402.3014 direct, +1 267.854.4012 mobile, +1 267.940.1871 fax
Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321
HNorwillo@littler.com

Pronouns: She/Her

**From:** Norwillo, Haley
**Sent:** Monday, June 16, 2025 8:32 PM

**To:** Christine Burke <cburke@karpf-law.com>
**Cc:** Hank, Matthew <MHank@littler.com>; Laborda Nelson, Alexa <ALabordaNelson@littler.com>; Erin McVicar <erin@karpf-law.com>
**Subject:** RE: Christian_Omnis Confidentiality Agreement, Meet and Confer

Good Evening Christine,

No problem, I hope you had a nice weekend. It is our understanding that, per the attached email, the parties have already agreed to this confidentiality agreement. We are just waiting for your signature.

And, just to be clear, the fact that we identify something as confidential does not mean it can be filed under seal per *Pansy*. Thank you in advance for your consideration.

Best,

Haley

**Haley Norwillo**
**Attorney at Law**
+1 267.402.3014 direct, +1 267.854.4012 mobile, +1 267.940.1871 fax
Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321
HNorwillo@littler.com

Pronouns: She/Her



**Labor & Employment Law Solutions**
LOCAL EVERYWHERE

**From:** Christine Burke <cburke@karpf-law.com>
**Sent:** Friday, June 13, 2025 4:08 PM

**To:** Norwillo, Haley <HNorwillo@littler.com>
**Cc:** Hank, Matthew <MHank@littler.com>; Laborda Nelson, Alexa <ALabordaNelson@littler.com>; Erin McVicar <erin@karpf-law.com>
**Subject:** Re: Christian_Omnis Confidentiality Agreement, Meet and Confer

Hi Haley -

We would not agree to any blanket confidentiality agreement in the case. If there is something specific you believes is governed by Pansy, please let us know so I can adequately assess whether it would meet the Pansy factors.

Separately, I am sorry for not getting back to you sooner, I am dealing with urgent post trial motions before I leave for vacation next week.

I am available for a meet and confer with you and/or Matt July 1st, 2nd, 3rd or the following week.

Thank you -

Christine

On Thu, Jun 12, 2025 at 5:55 PM Norwillo, Haley <HNorwillo@littler.com> wrote:

> Good Evening Christine,
>
> I hope all is well. I'm just writing to see if you've had a chance to execute the confidentiality agreement, attached here for ease of reference. We have a production of Ms. Christian's responsive emails ready.
>
> Additionally, please let us know of your availability tomorrow and early next week so we can schedule a meet and confer. Thank you in advance for your time.
>
> Best,
>
> Haley

**Haley Norwillo**
**Attorney at Law**
+1 267.402.3014 direct, +1 267.854.4012 mobile, +1 267.940.1871 fax
Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321
HNorwillo@littler.com

Pronouns: She/Her



**Labor & Employment Law Solutions**
**LOCAL EVERYWHERE**

---

**From:** Norwillo, Haley
**Sent:** Tuesday, June 10, 2025 10:21 AM
**To:** Christine Burke <cburke@karpf-law.com>
**Cc:** Hank, Matthew <MHank@littler.com>; Laborda Nelson, Alexa <ALabordaNelson@littler.com>; Erin McVicar <erin@karpf-law.com>
**Subject:** RE: Christian_Omnis Confidentiality Agreement, Meet and Confer

Good Morning Christine,

Just writing to follow up on your execution of the confidentiality agreement, attached here for ease of reference. Additionally, when are you available this week for a meet and confer? Thank you.

Best,

Haley

**Haley Norwillo**

**Attorney at Law**
+1 267.402.3014 direct, +1 267.854.4012 mobile, +1 267.940.1871 fax
Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321
HNorwillo@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions
LOCAL EVERYWHERE

---

**From:** Norwillo, Haley
**Sent:** Friday, June 6, 2025 6:11 PM
**To:** Christine Burke <cburke@karpf-law.com>
**Cc:** Hank, Matthew <MHank@littler.com>; Laborda Nelson, Alexa <ALabordaNelson@littler.com>; Erin McVicar <erin@karpf-law.com>
**Subject:** Christian_Omnis Amended Responses to Plaintiff's RPDs and Confidentiality Agreement

Good Evening,

Attached please find the Omnis Parties' Amended Responses to Plaintiff's Requests for Production. Additionally, attached for your signature please find the proposed confidentiality and clawback agreement. Thank you.

Best,

Haley

**Haley Norwillo**
Attorney at Law
267.402.3014 direct, 267.854.4012 mobile, 267.940.1871 fax

HNorwillo@littler.com

Pronouns: She/Her



Labor & Employment Law Solutions | Local Everywhere
Three Parkway, 1601 Cherry Street, Suite 1400, Philadelphia, PA 19102-1321

---------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


--

Very truly yours,

Christine E. Burke, Esq.
*Partner*
Karpf, Karpf & Cerutti, P.C.

8 Interplex Drive

Suite 210

Feasterville-Trevose, PA 19053

(215) 639-0801 phone
(215) 639-4970 fax



## KARPF, KARPF & CERUTTI, P.C.
ATTORNEYS AT LAW

All information and attachments in this message contain privileged and confidential communication. If the reader of this message is not the intended recipient, or any employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer. Thank you.

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.

--

Very truly yours,

Christine E. Burke, Esq.
*Partner*
Karpf, Karpf & Cerutti, P.C.

8 Interplex Drive

Suite 210

Feasterville-Trevose, PA 19053

(215) 639-0801 phone
(215) 639-4970 fax

<u>KARPF, KARPF & CERUTTI, P.C.</u>
ATTORNEYS AT LAW

All information and attachments in this message contain privileged and confidential communication. If the reader of this message is not the intended recipient, or any employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer. Thank you.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities.


--
Very truly yours,

Christine E. Burke, Esq.
*Partner*
Karpf, Karpf & Cerutti, P.C.
8 Interplex Drive
Suite 210
Feasterville-Trevose, PA 19053
(215) 639-0801 phone
(215) 639-4970 fax


### KARPF, KARPF & CERUTTI, P.C.
ATTORNEYS AT LAW



All information and attachments in this message contain privileged and confidential communication. If the reader of this message is not the intended recipient, or any employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer. Thank you.