IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>    Plaintiff,<br><br>v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC; AND SIMON HODSON,<br><br>    Defendants. | Civil Action No. 2:24-cv-01319 |

**PROPOSED ORDER**

**AND NOW**, this ____ day of _____, 2025, upon consideration of Defendants' Motion for Leave to Amend Their Partial Answer to First Amended Complaint and Counterclaim, and any opposition thereto, **IT IS HEREBY ORDERED** that Defendants' Motion is **GRANTED** and the Amended Partial Answer to the First Amended Complaint and Counterclaim attached to the Motion as Exhibit A is deemed filed as of this date.

                                                                       BY THE COURT:

                                                                       J. PEREZ