## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE CHRISTIAN,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| **OMNIS GLOBAL TECHNOLOGIES, LLC, et al.,** | : | **NO. 24-1319** |
| Defendants. | : | |

## ORDER

**AND NOW,** this 22nd day of July, 2025, upon consideration of Defendants' Motion for Leave to Amend their Partial Answer to First Amended Complaint and Counterclaim (ECF 39), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court **SHALL** separately enter Exhibit A (ECF No. 39-2) on the docket.

BY THE COURT:

_____
Hon. Mia R. Perez

Case 2:24-cv-01319-MRP     Document 40     Filed 07/22/25     Page 2 of 2