IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>Plaintiff,<br><br>v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC; AND SIMON HODSON,<br><br>Defendants. | Civil Action No. 2:24-cv-01319 |

**JOINT STIPULATION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND HER FIRST <u>AMENDED COMPLAINT</u>**

Plaintiff Michelle Christian ("Plaintiff") and Defendants Omnis Global Technologies, LLC; Omnis Building Technologies, LLC; OBT Bluefield, LLC; Omnis Fuel Technologies, LLC D/B/A Omnigen; Omnis Sublimation Recovery Technologies, LLC; and Simon Hodson ("Defendants"), (collectively, the "Parties"), hereby stipulate to a two-week extension for Defendants to respond to Plaintiff's Motion for Leave to Amend. In support thereof, the Parties state as follows:

1. On August 19, 2025, Plaintiff filed a Motion for Leave to Amend her First Complaint, titled "Plaintiff's First Motion To Amend Her Complaint Strictly As It Pertains To Her Claim Under The False Claims Act And Pennsylvania Common Law" (the "Motion") with two exhibits attached thereto. (*See* ECF 46.)

2. Defendants responsive pleading is therefore currently due on September 2, 2025.

3. Defense counsel is seeking a two-week extension to respond to the Motion due to

personal medical reasons.

4.	Plaintiff's counsel consents to this request.

5.	Defendants now file the present Joint Stipulation to extend the Defendants' responsive deadline to Plaintiff's Motion for Leave to Amend to September 16, 2025.

6.	The Parties have agreed that this extension will not prejudice either party. This is the first extension sought.

**WHEREFORE**, the Parties respectfully request that the Court extend Defendants' deadline to respond to Plaintiff's Motion for Leave to Amend by two weeks, to September 16, 2025.

Respectfully submitted this 2nd day of September, 2025.

| | |
|---|---|
| */ s / Christine E. Burke* | */s/ Matthew J. Hank* |
| Ari R. Karpf, Esq. | Matthew J. Hank, Bar No. 86086 |
| Christine E. Burke, Esq. | mhank@littler.com |
| KARPF, KARPF & CERUTTI, P.C. | Alexa J. Laborda Nelson, Bar No. 314652 |
| 3331 Street Rd. | alabordanelson@littler.com |
| Two Greenwood Square, Suite 128 | Haley R. Norwillo, Bar No. 333731 |
| Bensalem, PA 19020 | hnorwillo@littler.com |
| (215) 639-0801 | LITTLER MENDELSON, P.C. |
| | Three Parkway |
| akarpf@karpf-law.com | 1601 Cherry Street, Suite 1400 |
| cburke@karpf-law.com | Philadelphia, PA  19102.1321 |
| | Telephone:   267.402.3000 |
| *Attorneys for Plaintiff* | Facsimile:    267.402.3131 |
| | |
| | *Attorneys for Defendants* |

Dated: September 2, 2025

_____
 Hon. Mia R. Perez

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of September 2025, a copy of the Joint Stipulation for an Extension of Time for Defendants' to Respond to Plaintiff's Motion for Leave to Amend was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

Ari R. Karpf, Esq.
Christine E. Burke, Esq.
KARPF, KARPF & CERUTTI, P.C.
3331 Street Rd.
Two Greenwood Square, Suite 128
Bensalem, PA 19020
(215) 639-0801

akarpf@karpf-law.com
cburke@karpf-law.com

*Counsel for Plaintiff*

/s/ Matthew J. Hank
Matthew J. Hank