IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE CHRISTIAN,<br><br>        Plaintiff,<br><br>      v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC; OMNIS BUILDING TECHNOLOGIES, LLC; OBT BLUEFIELD, LLC; OMNIS FUEL TECHNOLOGIES LLC D/B/A OMNIGEN; OMNIS SUBLIMATION RECOVERY TECHNOLOGIES, LLC; AND SIMON HODSON,<br><br>        Defendants. | Civil Action No. 2:24-cv-01319 |

**JOINT STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND HER FIRST <u>AMENDED COMPLAINT</u>**

Plaintiff Michelle Christian ("Plaintiff") and Defendants Omnis Global Technologies, LLC; Omnis Building Technologies, LLC; OBT Bluefield, LLC; Omnis Fuel Technologies, LLC D/B/A Omnigen; Omnis Sublimation Recovery Technologies, LLC; and Simon Hodson ("Defendants"), (collectively, the "Parties"), hereby stipulate to an additional three-day extension for Defendants to respond to Plaintiff's Motion for Leave to Amend. In support thereof, the Parties state as follows:

    1.    On August 19, 2025, Plaintiff filed a Motion for Leave to Amend her First Complaint, titled "Plaintiff's First Motion to Amend Her Complaint Strictly as it Pertains to Her Claim Under The False Claims Act And Pennsylvania Common Law" (the "Motion") with two exhibits attached thereto. (*See* ECF 46.)

    2.    Upon Plaintiff's consent, Defendants filed a Joint Stipulation to extend the Defendants' responsive deadline to Plaintiff's Motion for Leave to Amend to September 16, 2025.

(*See* ECF 50.)

3. The Court granted the Joint Stipulation. (*See* ECF 51.)

4. On September 12, 2025, Defendants requested an additional extension to respond to the Motion due to the undersigned Defense counsel's ongoing recovery from surgery.

5. On September 15, 2025, Plaintiff's counsel consented to a three-day extension, making the Defendants' responsive deadline Friday, September 19, 2025.

6. With Plaintiff's consent, Defendants file the present Joint Stipulation to extend the Defendants' responsive deadline to Plaintiff's Motion for Leave to Amend to September 19, 2025.

7. The Parties have agreed that this brief extension will not prejudice either party. This is the second extension sought.

**WHEREFORE**, the Parties respectfully request that the Court extend Defendants' deadline to respond to Plaintiff's Motion for Leave to Amend by three days, to September 19, 2025.

Respectfully submitted this 15th day of September 2025.

| | |
|---|---|
| /s/ Christine E. Burke<br>Ari R. Karpf, Esq.<br>Christine E. Burke, Esq.<br>KARPF, KARPF & CERUTTI, P.C.<br>3331 Street Rd.<br>Two Greenwood Square, Suite 128<br>Bensalem, PA 19020<br>(215) 639-0801<br>akarpf@karpf-law.com<br>cburke@karpf-law.com<br>*Attorneys for Plaintiff* | /s/ Alexa Laborda Nelson<br>Matthew J. Hank, Bar No. 86086<br>mhank@littler.com<br>Alexa J. Laborda Nelson, Bar No. 314652 alabordanelson@littler.com<br>Haley R. Norwillo, Bar No. 333731<br>hnorwillo@littler.com<br>LITTLER MENDELSON, P.C.<br>Three Parkway<br>1601 Cherry Street, Suite 1400<br>Philadelphia, PA  19102.1321 Telephone: 267.402.3000<br>Facsimile:    267.402.3131<br>*Attorneys for Defendants* |

HON. MIA R. PEREZ

Dated: September 15, 2025