**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELLE CHRISTIAN,** | : | **CIVIL ACTION** |
| | : | |
| Plaintiff, | : | |
| **v.** | : | |
| | : | **NO. 24-1319** |
| **OMNIS GLOBAL TECHNOLOGIES, LLC,** ***et al.*****,** | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this 23rd day of October, 2025, due to this Court's Order granting in part Plaintiff's First Motion to Amend Her Complaint (ECF No. 46), it is hereby **ORDERED** that Defendants' Motion for Leave to Amend Their Amended Partial Answer to First Amended Complaint (ECF No. 52) is **DENIED AS MOOT**.

BY THE COURT:

Hon. Mia R. Perez