IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTIAN | : | CIVIL ACTION |
| Plaintiff | : | |
| v | : | NO. 24-cv-1319-MRP |
| OMNIS GLOBAL TECHNOLOGIES, LLC et al | : | |
| Defendant | : | |

**NOTICE**

Please be advised that a Rule 16 conference in the above-captioned case is scheduled before the Honorable Mia R. Perez on **Tuesday, February 10th 2026 at 4:00 p.m. in Chambers 10613, U.S. Courthouse, 601 Market Street, Philadelphia, PA, 19106.**

Please complete the attached Conference Information Report as well as the Joint Discovery Plan, pursuant to Federal Rule of Civil Procedure 26(f) and email the completed reports to Perez_Chambers@paed.uscourts.gov, for arrival in Judge Perez's Chambers seven business days prior to the Rule 16 conference. The joint discovery plan pursuant to Federal Rule of Civil Procedure 26(f) shall also be filed via ECF.

At the close of the conference, you will receive an order from Judge Perez listing firm dates for the completion of discovery, other pretrial submissions and the trial, if a trial is required.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference. Counsel must be prepared and authorized to discuss the facts underlying the case, all claims and defenses, motions, discovery status, potential settlement, and any other issue that may arise.

Failure to comply with this directive may result in the imposition of sanctions.

The conference will be continued to another date only in exceptional cases.

Very truly yours,

/S/ Patrick Mountney
Judicial Assistant to Judge Mia R. Perez
267-299-7581 (Phone)

RULE 16 CONFERENCE INFORMATION REPORT

Civil Action No. _____ Jury Trial _____ Bench Trial _____ Arbitration _____

Service of Process Made _____
                                    (Date)

Caption: _____

Trial Counsel: _____

Representing: _____

Law Firm:

_____

Telephone: _____ Fax: _____ E-Mail: _____

Are there threshold motions? _____
                                                 (Identify Motion(s))

When will discovery be completed? _____
                                                  (Date)

Will motion for summary judgment be filed?     Yes _____     No _____

Has settlement been discussed?                 Yes _____     No _____

If not, why not? _____

Future settlement conference requested         Yes _____     No _____

Novel issues or special problems?              Yes _____     No _____     If yes, describe.

_____

Ready for trial by? _____

Trial time estimates:   Time to present your case     _____

                        Time for entire trial         _____

Date: _____
                                                    _____
                                                    Signature of counsel

                                                    _____
                                                    Typed or printed name

**Joint Status Report Pursuant to Rule 26(f)**

Caption: _____  Civil Action No: _____

Basis of Jurisdiction: _____

Jury Trial: _____   Non-Jury Trial: _____   Arbitration: _____

1. Plaintiff's brief factual summation of the case and claims: _____
   _____
   _____
   _____
   _____
   _____

2. Defendant's brief factual summation of the case, claims, and defenses: _____
   _____
   _____
   _____
   _____
   _____

3. Plaintiff's counsel participating in the Rule 16 Conference: _____

4. Defendant's counsel participating in the Rule 16 Conference: _____

5. When did the parties hold the Rule 26 Conference? _____

6. When did the parties comply with Rule 26(a)'s duty of self-executing disclosure? _____

7. Plan for Discovery:

   a. The parties anticipate that discovery should be completed within _____ days.

   b. If you contend the discovery period should exceed 90 days, please explain: _____
      _____
      _____

   c. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)? _____.

   d. Identify any other discovery issues that should be addressed at the Rule 16 Conference, including limitations on discovery, protective orders needed, or other elements which should be included in a particularized discovery plan: _____
      _____

    e.  Does either side anticipate the use of experts? _____
        If yes, what is the proposed deadline for expert discovery? _____

8. Proposed deadline for filing dispositive motions: _____

9. Approximate date case should be trial-ready: _____
   Time for Plaintiff's case: _____ Time for Defendant's case: _____

10. Does your client consent to proceeding before a Magistrate Judge for final disposition? _____

11. Is a settlement conference likely to be helpful? _____ (yes/no)

    If so, when: Early _____ (yes/no) After Discovery \_\_\_ (yes/no)


**In addition to being filed in ECF, this 26F report should be emailed to: Perez_Chambers@paed.uscourts.gov**