## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE CHRISTIAN

      Plaintiff,

    v.

OMNIS GLOBAL TECHNOLOGIES, LLC;
OMNIS BUILDING TECHNOLOGIES, LLC;
OBT BLUEFIELD, LLC; OMNIS FUEL
TECHNOLOGIES LLC D/B/A OMNIGEN;
OMNIS SUBLIMATION RECOVERY
TECHNOLOGIES, LLC; AND SIMON
HODSON

      Defendants.

Civil Action No. 2:24-cv-01319-MRP

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Omnis Global Technologies, LLC, Omnis Building Technologies, LLC, OBT Bluefield, LLC, Omnis Fuel Technologies LLC D/B/A Omnigen; Omnis Sublimation Recovery Technologies, LLC and Simon Hodson, in the above-referenced matter.

Dated: February 9, 2026

Respectfully submitted,

*/s/ Brad Kessler*

Brad Kessler, Bar No. 338118
bkessler@littler.com


LITTLER MENDELSON, P.C.
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA  19102.1321
Telephone:   267.402.3000
Facsimile:   267.402.3131

Attorneys for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I, Brad Kessler, hereby certify that on the 9th day of February, 2026, the foregoing document was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon all counsel of record.

<u>*/s/ Brad Kessler*</u>
Brad Kessler