IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE CHRISTIAN** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| **OMNIS GLOBAL TECHNOLOGIES, LLC,** *et al.*, | : | NO. 24-1319 |
| Defendants. | : | |

## SCHEDULING ORDER

**AND NOW,** this 10th day of February, 2026, following a preliminary pretrial conference, it is **ORDERED** as follows:

1. All factual discovery shall be completed on or before **August 10, 2026;**

2. Dispositive motions shall be filed on or before **September 24, 2026;**

3. Responses to dispositive motions shall be filed no later than **October 8, 2026;**

4. The Parties shall email Courtroom Deputy Mia Harvey via email (mia_m_harvey@paed.uscourts.gov) by **January 25, 2027,** regarding whether they wish to be referred to a magistrate judge for a settlement conference.

5. Motions *in limine* are due **March 17, 2027;**

6. Responses to motions *in limine* are due **March 31, 2027;**

7. Plaintiff's pretrial memorandum is due **April 5, 2027;**

8. Defendant's pretrial memorandum is due **April 5, 2027;**

9. A final pre-trial conference shall be held on **April 7, 2027,** in **Courtroom 10B** at **10:00 a.m.;**

10. Joint exhibit binder is to be submitted to chambers no later than 3:00 p.m. the day before trial.

11. This matter is in the jury pool beginning on **April 19, 2027,** and ending on **April 30, 2027.**

BY THE COURT:

_____
Hon. Mia R. Perez