IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| MICHELLE CHRISTIAN,<br>　　　　　Plaintiff,<br><br>　　　v.<br><br>OMNIS GLOBAL TECHNOLOGIES, LLC;<br>OMNIS BUILDING TECHNOLOGIES, LLC;<br>OBT BLUEFIELD, LLC; OMNIS FUEL<br>TECHNOLOGIES LLC D/B/A OMNIGEN;<br>OMNIS SUBLIMATION RECOVERY<br>TECHNOLOGIES, LLC; AND SIMON<br>HODSON,<br><br>　　　　　Defendants. | Civil Action No. 2:24-cv-01319-MRP |

## JOINT STIPULATION AND ORDER

Ms. Christian's Certified Physician Assistant reports that Ms. Christian has highly significant health issues, reports that Ms. Christian is "temporarily unable to participate in court proceedings," and recommends that proceedings be postponed for "approximately three months."

Plaintiff's counsel can elaborate and will provide the quoted letter in camera if the Court so desires.

In light of this development, the parties jointly request that the Court adjourn all deadlines and order a status conference during the week of September 14.

-2-

**SO STIPULATED this 22nd day of June 2026:**

/s/ *Christine E. Burke*
Christine E. Burke. Esq.


/s/ *Matthew J. Hank*
Matthew J. Hank, Esq.



**SO ORDERED on this date, _____.**

_____
Mia R. Perez
United States District Judge


cc/ecf: Counsel of record

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 22nd day of June, 2026, a copy of the Joint Stipulation and Order was filed using the Eastern District of Pennsylvania's ECF system, through which this document is available for viewing and downloading, causing a notice of electronic filing to be served upon the following counsel of record:

> Ari R. Karpf, Esq.
> Christine E. Burke, Esq.
> KARPF, KARPF & CERUTTI, P.C.
> 3331 Street Rd.
> Two Greenwood Square, Suite 128
> Bensalem, PA 19020
> (215) 639-0801
> akarpf@karpf-law.com
> cburke@karpf-law.com
>
> *Attorneys for Plaintiff*

> */s/ Matthew J. Hank*
> Matthew J. Hank