**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| **MICHELLE CHRISTIAN,** | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | |
| **v.** | : | |
| | : | NO. 24-1319 |
| **OMNIS GLOBAL TECHNOLOGIES,** | : | |
| **LLC, et al.,** | : | |
| | : | |
| Defendants. | : | |

## <u>NOTICE</u>

Please be advised that a Status Conference in the above-captioned case is scheduled for **Monday, June 29, 2026, at 10:30 a.m.,** before the Honorable Mia R. Perez. The conference will be held via Zoom; access information will be provided via email prior to the conference.

If trial counsel is on trial in a court of record prior to the time of the conference, the Judge and opposing counsel should be advised of this in writing at the earliest possible date and another attorney in such trial counsel's office should appear at the conference.

Failure to comply with this directive may result in the imposition of sanctions.

The conference will be continued to another date only in exceptional cases.

Dated: June 22, 2026

Very truly yours,

/s/ Mia Harvey
Mia Harvey, Courtroom Deputy to
Judge Mia R. Perez
267-299-7589