**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELLE CHRISTIAN,** | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NO. 24-1319** |
| **OMNIS GLOBAL TECHNOLOGIES,** | : | |
| **LLC,** *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW,** this 29ᵗʰ day of June, 2026, upon consideration of the Joint Stipulation and Order (ECF No. 72), and following a status conference regarding the same, it is hereby **ORDERED** as follows:

1. Plaintiff shall submit a written update on the status of Plaintiff's health on **September 15, 2026,** by email to Courtroom Deputy Mia Harvey (Mia_M_Harvey@paed.uscourts.gov).

2. All other deadlines in this matter are **STAYED.**

BY THE COURT:

_____
Hon. Mia R. Perez