**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHELLE CHRISTIAN,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| v. | : | |
| **OMNIS GLOBAL TECHNOLOGIES, LLC, *et al.*,** | : | **NO. 24-1319** |
| Defendants. | : | |

**AMENDED SCHEDULING ORDER**

**AND NOW,** this 16th day of September, 2026, upon consideration of Plaintiff's status update emailed to Chambers on September 15, 2026, it is **ORDERED** as follows:

1. The stay is **LIFTED;**
2. The scheduling order issued on February 10, 2026 (ECF No. 71) is **VACATED;**
3. All factual discovery shall be completed on or before **March 19, 2027;**[1]
4. Dispositive motions shall be filed on or before **May 3, 2027;**
5. Responses to dispositive motions shall be filed no later than **May 17, 2027;**
6. The Parties shall email Courtroom Deputy Mia Harvey via email by **June 1, 2027**, regarding whether they wish to be referred to a magistrate judge for a settlement conference;
7. Motions *in limine* are due **September 8, 2027;**
8. Responses to motions *in limine* are due **September 22, 2027;**

[1] Counsel are expected to resolve discovery disputes through diligence and civility and to have met and conferred in good faith before filing a motion or seeking the Court's intervention. However, if the parties are unable to resolve a discovery dispute despite good faith efforts, Counsel shall contact Chambers via email to Courtroom Deputy Mia Harvey (mia_m_harvey@paed.uscourts.gov) before filing any formal discovery-related motions. The email should provide the nature of the dispute and include sufficient information for the Court to determine whether informal proceedings are better suited to resolve the dispute. If so, the Court will schedule a virtual conference with the parties as soon as feasible.

9. Plaintiff's pretrial memorandum is due **October 4, 2027**;
10. Defendant's pretrial memorandum is due **October 4, 2027**;
11. A final pre-trial conference shall be held on **October 6, 2027** in **Courtroom 10B** at **1:00 p.m.;**
12. Joint exhibit binder is to be submitted to chambers no later than 3:00 p.m. the day before trial.
13. This matter is in the jury pool beginning on **October 18, 2027** and ending on **October 29, 2027.**

BY THE COURT:

Hon. Mia R. Perez